**EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. Thomas Yates BROWN.**

No. 10617.

Circuit Court of Appeals, Eighth Circuit.

April 11, 1936.

Donald Evans, of Des Moines, Iowa, and Folsom Everest, of Council Bluffs, Iowa, for appellant.

R. Brown, of Creston, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellant.

**S. C. FAIR, S. D. Moss, J. M. Albergotti, and P. M. Smoak, Appellants, v. T. E. MARCHANT, as Receiver of The EDISTO NATIONAL BANK OF ORANGEBURG, Appellee.**

No. 4020.

Circuit Court of Appeals, Fourth Circuit.

April 14, 1936.

Adam H. Moss, James A. Moss, and P. L. Felder, Jr., all of Orangeburg, S. C., for appellants.

W. C. Wolfe, of Orangeburg, S. C., for appellee.

PER CURIAM.

Judgment of District Court affirmed, with costs.

**R. A. FIELDS, Appellant, v. MUTUAL BENEFIT LIFE INS. CO., Appellee.**

No. 4047.

Circuit Court of Appeals, Fourth Circuit.

April 10, 1936.

J. Faison Thomson, of Goldsboro, N. C., and Walter G. Sheppard, of Snow Hill, N. C., for appellant.

Kemp D. Battle and Francis E. Winslow, both of Rocky Mount, N. C., for appellee.

PER CURIAM.

Case dismissed under rule 20, in accordance with agreement of counsel.

**The FISHER RANCH CORPORATION, Debtor, v. INTER-STATE NATIONAL BANK, a Corporation.**

No. 1377.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1935.

Kagey, Black & Kagey, of Wichita, Kan., for appellant.

Frank H. Terrell, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.